1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| 9 Capirtia Johnson, | |
| 10             Plaintiff, | No. CV-16-00490-PHX-BSB |
| 11 v. | **ORDER** |
| 12 Caine & Weiner Company Incorporated, | |
| 13             Defendant. | |
| 14 | |

15  This matter is before the Court on its own review. Plaintiff commenced this action on February 23, 2016. (Doc. 1). Plaintiff served Defendant Caine & Weiner Company on May 20, 2016. (Doc. 7). The time for Defendant Caine & Weiner Company to answer or otherwise respond to the Complaint has passed and the docket does not reflect that it has answered or responded to the Complaint. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). The docket also does not reflect an extension of the time for Defendant Caine & Weiner Company to answer or otherwise respond to the Complaint or a motion seeking the entry of default. On July 7, 2016 the Court ordered Plaintiff to show cause by July 21, 2016 why this matter should not be dismissed without prejudice for lack of prosecution. To date Plaintiff has not responded to the Court's order to show cause.

  Accordingly,

///

1 **IT IS ORDERED** dismissing this action against Defendant Caine & Weiner Company without prejudice for lack of prosecution.

Dated this 27th day of July, 2016.

_____
Bridget S. Bade
United States Magistrate Judge